# EXHIBIT

# 2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ___ FEPA<br>_X_ EEOC | 460-2010-03043 AMENDED |

Texas Workforce Commission Civil Rights Division ___ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr. Ms. Mrs.)<br>Najat Elsayed | Home Phone (Incl. Area Code) | Date of Birth<br>(b) 7C (DOB) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>University of Houston | No. Employees, Members<br>+15 | Phone No. (Include Area Code)<br>713-743-1000 |
|---|---|---|
| Street Address<br>31 E. Cullen | City, State and ZIP Code<br>Houston, Texas 77204 | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

___ RACE  ___ COLOR  _x_ SEX  _x_ RELIGION  ___ NATIONAL ORIGIN
_X_ RETALIATION  ___ AGE  ___ DISABILITY  ___ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Appx 03/2009    Latest: 6/2010
_x_ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*): AMENDED

1. I began my employment at University of Houston in approximately October 2007. I believe that I have been subjected to unfavorable/disparate treatment and harassment because of my sex (pregnancy) and religion (Islam). Some occurrences are stated below.

2. I worked well, even receiving high praise from my superiors, until I announced that I was pregnant with my first child.

3. Before my pregnancy announcement, I personally observed management mistreat female staff who became pregnant. For instance, Sal Loria commented about his then-pregnant secretary that he was disappointed and would need her to take her laptop into the delivery room. Another manager said that her employee "didn't look pregnant at the interview. If I knew she was pregnant, I would have never hired her."

4. When I told management that I was pregnant, Janette Carson responded, "Shit! Shit! Shit!"

5. Although I typically worked long hours, I knew that I needed to work exceedingly hard so as not to give management an excuse to negatively affect my employment. I worked from home before my pregnancy and was denied this opportunity when I announced my pregnancy.

6. The stress began to affect me. Consequently, my doctor recommended that I work no more than 40 hours a week. Management (Izzy Anderson, Connie Kemp and Janette Carson) agreed initially then later Melanie Morgan and Izzy Anderson deliberately imposed work beyond my 40 hours a week on me. Management (Izzy Anderson and Melanie Morgan) also wanted to dock me when I could not work because of my pregnancy although I was a salaried employee.

7. I applied for the assistant director of customer service position. Melanie Morgan received the position. Izzy Anderson and Sal Loria relayed the news to me and promised they would put me in another desirable position but was trying to decide whether to do so before or after I returned from maternity leave. I never received this position.

8. I went out on leave around December 15, 2009 because of my pregnancy. Management would openly

talk about me to my peers saying frustratingly, "Has she had the baby yet?" "What is she waiting on?" One manager even commented how she carefully planned her delivery so that she could return to work quickly. While on leave, Izzy Anderson phoned me and threatened that if I did not return to work early I would not have any opportunities in her unit and that I would have to look elsewhere for advancement opportunities.

9. Upon my return from maternity leave, I was met with a lot of hostilities. For example, I asked for breast milk pumping accommodations. Management was resistant and hostile. The arrangements made were not reasonable; still, when out pumping milk, management pressured me to return and work. Management exhibited zero patience with me during my need to pump.

10. My complaints to management and human resources about the maltreatment only intensified management's hostilities towards me.

11. In a meeting, me and several others verbalized concern within our department. Weeks later, I was disciplined for my role. Upon information and belief, my peers were not disciplined for same. My manager informed me that she was working with Sal Loria and Izzy Anderson as to my disciplinary action.

12. Too, a coworker, Sophia Garza, made a sweeping, offensive generalization about Arabs and Muslims. She said "all of them are smelly and abusive to their women." Thereafter, Garza also gestured like she was going to run over me in the parking lot, laughed and then sarcastically apologized. I then complained to my supervisor, Melanie Morgan, who simply stated "Oh, I am sure she didn't mean it. She just has a dry sense of humor."

13. I was suspended and eventually terminated on June 4, 2010. I was told my termination was because of insubordination and general poor performance. I deny being insubordinate and my performance was satisfactorily.

14. I believe I have been discriminated against because of my sex (pregnancy) and religion (Islam) in violation of Title VII of the Civil Rights Act of 1964, as amended. Too, I believe I have been retaliated against for opposing same.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |