IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAJAT ELSAYED, §<br>  *Plaintiff*, §<br>§<br>v. §<br>§<br>THE UNIVERSITY OF HOUSTON, §<br>  *Defendant*. §<br>§ | Civ. Action No. 4:11-CV-03636 |

## ORDER ON DEFENDANT'S PARTIAL MOTION TO DISMISS

Before the Court for consideration is Defendant The University of Houston's Partial Motion to Dismiss. Having considered Defendant's Motion, Plaintiff's Opposition, any reply, and all pleadings on file, the Court is of the opinion that the motion is well founded and that it should be granted. It is therefore:

ORDERED that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED; and it is further

ORDERED that Plaintiff's claims for (1) religious discrimination under Title VII of the Civil Rights Act of 1964; (2) interference with her rights under the Family Medical Leave Act; and (3) punitive damages are DISMISSED with prejudice.

Signed this the _____ day of _____, 2012.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE