UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ADR MEMORANDUM TO CLERK OF COURT
P.O. Box 61010
Houston, Texas 77208-1010
Fax No. (713) 250-5141

United States Courts
Southern District of Texas
FILED

JUL 31 2012

David J. Bradley, Clerk of Court

Najat Elsayed
_____ Plaintiff(s),

DIVISION  Houston

V.

CIVIL ACTION NO. 4:11-cv-03636

University of Houston
_____ Defendant(s).

ADR METHOD:  Mediation ✓      Arbitration ____
             Mini-trial ____   Summary Jury Trial ____

TYPE OF CASE: employment

1. Please check one of the following:
   The case referred to ADR settled ✓ or did not settle ____.

2. My total fee and expenses were: $ 3730.00
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

For π:
Ms. Katrina Patrick
Law Offices of Katrina Patrick
530 Lovett Blvd.
Houston, TX 77006
713-796-8218
Fax: 713-533-9607

For Δ:
Mr. Darren G. Gibson
Asst. Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
512-463-2120
Fax 512-320-0667

ADR Provider No. 230

Name: Alan F. Levin
Signature: _____

Date: 7/26/12

ADR-2
(Rev 01/31/01)